UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 |
| ) | |
| GUANTANAMO BAY ) | Civil Action No. |
| DETAINEE LITIGATION ) | |
| ) | 05-CV-0634 |
| ) | |

## [PROPOSED] ORDER

The Motion for Order Compelling Filing of Revised Legal Justification is granted, and

Respondents are hereby ordered to file, within seven days of the date on which Judge Hogan issues an order in response to the Respondent's "Motion for Clarification and Reconsideration of the November 6, 2008 Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion For Certification For Appeal Pursuant To 28 U.S.C. § 1292(B) And To Stay Certain Obligations Pending Resolution Of Motion And Appeal" in Docket Misc. No. 08-442, a revised statement of legal justification consistent with Paragraph I.B of the Case Management Order entered by Judge Thomas F. Hogan on November 6, 2008, in Docket Misc. No. 08-0442, as modified by Judge Richard W. Roberts in this docket on November 19, 2008, and describing with specificity the nature of the activities or associations that the Government asserts qualify Petitioner as an unlawful enemy combatant.

**SO ORDERED.**

Dated: __12/8/08__          _____/s/ RWRoberts_____
                            Richard W. Roberts
                            United States District Judge